LAURA VAN DUZER, Appellant, *v.* WARREN ANDERSON, Respondent, et al., Defendants.

Submitted December 1, 1953; decided January 15, 1954.

708

*Barnet S. Selman* and *H. Jay Messeloff* for appellant.
No appearance for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.